Commonwealth, Appellant, *v.* Frankhouser.

Argued November 11, 1968. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and HANNUM, JJ.

*R. Lee Ziegler,* District Attorney, for Commonwealth, appellant.

*Larry F. Knepp,* for appellee.

OPINION PER CURIAM, December 6, 1968:

Order affirmed.

DISSENTING OPINION BY MONTGOMERY, J.:

I respectfully dissent from the action of the majority in affirming the grant of a new trial in this case as a result of a post-conviction petition.

Discovery of the reputation of the minor subsequent to petitioner's conviction on the charge of statutory rape does not meet the definition of after-discovered evidence as to justify a new trial. The other reasons stated in the petition are equally without merit.

WRIGHT, P. J., and WATKINS, J., join in this dissent.